UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

In re:

PUBLISHERS CONSORTIUM, INC.,

Debtor.

CIVIL NO.   03-CV-00002(AVC)
03-CV-00003(AVC)
03-CV-00020(AVC)
03-CV-00021(AVC)
03-CV-00023(AVC)
03-CV-00024(AVC)

---

AMERICAN NATIONAL BANK &
TRUST COMPANY OF CHICAGO,

        Plaintiff/Appellee,

v.

COMMON COURAGE PRESS, INC., et al.,

        Defendants,

McBooks Press, Inc.,

        Defendant/Appellant.

---

## APPEARANCE

Please enter the appearance of the undersigned on behalf of McBooks Press, Inc.

Dated: January 3, 2005
at Ithaca, New York

EDWARD Y. CROSSMORE, ESQ.
Attorneys for McBooks Press, Inc.
Office and P.O. Address
115 West Green Street
Ithaca, New York 14850
Tel. (607) 273-5787
Connecticut Fed. Bar No. 23643