UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>    PUBLISHERS CONSORTIUM, INC.,<br><br>        Debtor.<br>-------------------------------------------------------------<br><br>AMERICAN NATIONAL BANK &<br>TRUST COMPANY OF CHICAGO,<br><br>        Plaintiff/Appellee,<br>v.<br><br>COMMON COURAGE PRESS, INC., et al.,<br><br>        Defendants,<br><br>McBooks Press, Inc.,<br><br>        Defendant/Appellant. | CIVIL NO.   03-CV-00002(AVC)<br>                     03-CV-00003(AVC)<br>                     03-CV-00020(AVC)<br>                     03-CV-00021(AVC)<br>                     03-CV-00023(AVC)<br>                     03-CV-00024(AVC) |

### NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), notice is hereby given that McBooks Press, Inc. hereby appeals to the United States Court of Appeals to the Second Circuit from the Judgment entered in this action on December 16, 2004, and the Memorandum and Order Vacating Judgment of the Bankruptcy Court filed on December 9, 2004, insofar as same may have finally determined that McBooks Press, Inc. had no claim against Bank One, N.A. on account of the set-off effected by American National Bank and Trust Company of Chicago on or about March 28, 2002. (See, Memorandum and Order Vacating Judgment of Bankruptcy Court, pp. 12, 13.)

Dated: January 3, 2005
at Ithaca, New York

EDWARD Y. CROSSMORE, ESQ.
Attorneys for McBooks Press, Inc.
Office and P.O. Address
115 West Green Street
Ithaca, New York 14850
Tel. (607) 273-5787
Connecticut Fed. Bar No. 23643