UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

In re:

PUBLISHERS CONSORTIUM, INC.,

        Debtor.

------------------------------------------------------------

AMERICAN NATIONAL BANK &
TRUST COMPANY OF CHICAGO,

        Plaintiff/Appellee,

v.

COMMON COURAGE PRESS, INC., et al.,

        Defendants.

McBooks Press, Inc.,

        Defendant/Appellant.

CIVIL NO.   03-CV-00002(AVC)
                  03-CV-00003(AVC)
                  03-CV-00020(AVC)
                  03-CV-00021(AVC)
                  03-CV-00023(AVC)
                  03-CV-00024(AVC)

---

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
COUNTY OF TOMPKINS ) ss.:

      Ruth Babbitt, being duly sworn, deposes and says: that she is over the age of 18 years; is

not a party to this action, and is employed by the attorney for McBooks Press, Inc.; that on January

5, 2005, she did duly serve the within Appearance and Notice of Appeal on the following:

Louis J. Testa, Esq.
James Berman, Esq.
Zeisler and Zeisler
Attorneys for the Debtor
558 Clinton Avenue
Bridgeport, CT 06605

Office of the U.S. Trustee
265 Church Street, Suite 1103
New Haven, CT 06510

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith, PC
Attorneys for American National Bank
and Trust Company of Chicago
195 Church Street, 13th Floor
New Haven, CT 06510

Eric Henzy, Esq.
Reid and Reige, PC
Attorneys for the
    Defendant Creditors Committee
One State Street
Hartford, CT 06103

Myles H. Alderman, Jr., Esq.
Alderman & Alderman
Attorney for Park Avenue California
and Park Avenue Oklahoma
100 Pearl Street, 14th Floor
Hartford, CT 06103

Barbara H. Katz, Attorney
57 Trumbull Street
New Haven, CT 06510

Tracy Alan Saxe, Esq.
Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, PC
Attorneys for various consignment
publishers
1952 Whitney Avenue
Hamden, CT 06517

Dean W. Baker, Esq.
Attorney for defendant
    Client Distribution Services, Inc.
205 Church Street, Suite 506
New Haven, Connecticut 06510

Christopher J. Major, Esq.
Robinson & Cole
Attorneys for Kogan Page, Ltd.
Financial Centre, 695 East Main Street
PO Box 10305
Stamford, CT 06904

all by placing true copies of same in sealed envelopes with postage pre-paid thereon and depositing said envelopes in an official depository of the United States Postal Service at Ithaca, New York.

                                                RUTH BABBITT

Sworn to before me this
5th day of January, 2005.

Notary Public
CAROLYN R. HOFFMANN
Notary Public, State of New York
No. 02HO6099490
Qualified In Tompkins County
My Commission Expires September 29, 2007

2