UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 19  A 8:41
U.S. DISTRICT COURT
HARTFORD, CT.

In re:

    PUBLISHERS CONSORTIUM, INC.,

        Debtor.    Civil Nos.    03-CV-00002(AVC)

AMERICAN NATIONAL BANK &
TRUST COMPANY OF CHICAGO, INC.

        Plaintiff,
v.

PUBLISHERS CONSORTIUM, INC., et al.,

        Defendants.

**INDEX TO THE RECORD**

a third party (intended) beneficiary of an agreement between the debtor and Client Distribution Services, Inc.

Dated: January 14, 2005
at Ithaca, New York

_____
EDWARD Y. CROSSMORE, ESQ.
Attorney for McBooks Press, Inc.
Office and P.O. Address
115 West Green Street
Ithaca, New York 14850
Tel. (607) 273-5787
Connecticut Fed. Bar No. 23643
e-mail: ruth@crossmore.com

| Date Filed | # | Docket Text |
|---|---|---|
| 01/02/2003 | 1 | NOTICE of Docketing Bankruptcy Appeal. All Bankruptcy Briefs due by 2/11/03 . (Pesta, J.) (Entered: 01/02/2003) |
| 01/02/2003 | 2 | AMENDED NOTICE of Docketing Bankruptcy Appeal. All Bankruptcy Briefs due by 2/11/03 . (Pesta, J.) (Entered: 01/02/2003) |
| 01/02/2003 | 3 | NOTICE to Counsel Regarding Bankruptcy Appeal Briefing Schedule. ( signed by Clerk ) (Pesta, J.) (Entered: 01/02/2003) |
| 01/02/2003 | 4 | Designation of Record on Appeal by McBrooks Press, Inc (Pesta, J.) (Entered: 01/02/2003) |
| 01/02/2003 | 5 | Additional Designation of Record on Appeal by American Natl Bank & Trust Co of Chicago (Pesta, J.) (Entered: 01/02/2003) |
| 01/02/2003 | 6 | Joint Designation of Record on Appeal by Publishers Consortium, Inc and Creditors Committee (Pesta, J.) (Entered: 01/02/2003) |
| 01/09/2003 | 7 | MOTION by McBrooks Press, Inc for Edward Y. Crossmore to Appear Pro Hac Vice (Fazekas, J.) (Entered: 01/10/2003) |
| 01/10/2003 |  | ENDORSEMENT [7-1] motion for Edward Y. Crossmore to Appear Pro Hac Vice ordered accordingly ( signed by Clerk ) (Fazekas, J.) (Entered: 01/10/2003) |
| 01/10/2003 | 8 | ORDER of Transfer ( signed by Judge Janet C. Hall ) to Chief Judge Alfred V. Covello (Sanders, C.) (Entered: 01/13/2003) |
| 01/17/2003 | 9 | APPEARANCE of Attorney for McBrooks Press, Inc -- Barbara H. Katz (Blue,A.) (Entered: 01/17/2003) |
| 01/17/2003 | 10 | MOTION by McBrooks Press, Inc to Extend Time to file brief (Blue,A.) (Entered: 01/17/2003) |
| 01/21/2003 | 11 | APPEARANCE of Attorney for McBrooks Press, Inc -- Edward Y. Crossmore (Blue,A.) (Entered: 01/21/2003) |
| 01/21/2003 |  | ENDORSEMENT granting [10-1] motion to Extend Time to file brief ( signed by Chief Judge Alfred V. Covello ) (Blue,A.) (Entered: 01/22/2003) |
| 02/18/2003 | 12 | Appellant's BRIEF by McBrooks Press, Inc . (Walker, J.) (Entered: 02/18/2003) |

EXHIBIT A

| Date | No. | Description |
|---|---|---|
| 03/14/2003 | 13 | MOTION by Publishers to Extend Time until 3/28/03 to file and serve appellees' briefs (Blue,A.) (Entered: 03/14/2003) |
| 03/17/2003 | | ENDORSEMENT granting [13-1] motion to Extend Time until 3/28/03 to file and serve appellees' briefs, reset Bankruptcy Briefs due 3/28/03 ( signed by Senior Judge Alfred V. Covello ) (Blue,A.) (Entered: 03/18/2003) |
| 03/28/2003 | 14 | MOTION by American Natl Bank to Extend Time until 4/4/03 to file appellee briefs (Blue,A.) (Entered: 03/28/2003) |
| 04/01/2003 | | ENDORSEMENT granting [14-1] motion to Extend Time until 4/4/03 to file appellee briefs ( signed by Senior Judge Alfred V. Covello ) (Blue,A.) (Entered: 04/02/2003) |
| 04/04/2003 | 15 | Appellee's BRIEF by American Natl Bank, Publishers . (Blue,A.) (Entered: 04/04/2003) |
| 04/14/2003 | 16 | MOTION by McBrooks Press, Inc to Extend Time to 4/15/03 to file reply briefs (Montgomery, C.) (Entered: 04/15/2003) |
| 04/17/2003 | | ENDORSEMENT granting [16-1] motion to Extend Time to 4/15/03 to file reply briefs, reset Bankruptcy Briefs due 4/15/03 ( signed by Senior Judge Alfred V. Covello ) (Blue,A.) (Entered: 04/21/2003) |
| 04/22/2003 | 17 | Appellant's REPLY BRIEF by McBrooks Press, Inc . (Blue,A.) (Entered: 04/22/2003) |
| 04/22/2003 | 18 | MOTION by McBrooks Press, Inc to Extend Time until 4/22/03 to file a reply brief (Blue,A.) (Entered: 04/22/2003) |
| 05/05/2003 | | ENDORSEMENT granting nunc pro tunc [18-1] motion to Extend Time until 4/22/03 to file a reply brief ( signed by Senior Judge Alfred V. Covello ) (Blue,A.) (Entered: 05/06/2003) |
| 12/09/2004 | 19 | MEMORANDUM & ORDER VACATING JUDGMENT re [2] Bankruptcy Appeal, Signed by Judge Alfred V. Covello on 12/9/04. (Blue, A.) (Entered: 12/14/2004) |
| 12/16/2004 | 20 | JUDGMENT Signed by Clerk on 12/16/04. (Blue, A.) (Entered: 12/17/2004) |
| 01/07/2005 | 21 | NOTICE of Appearance by Edward Y. Crossmore on behalf of McBrooks Press, Inc (Blue, A.) (Entered: 01/12/2005) |
| 01/07/2005 | 22 | NOTICE OF APPEAL as to 20 Judgment, 19 Order by McBrooks |

|  |  | Press, Inc. Filing fee $ 255, receipt number H014656.Certified copy of docket and copy of NOA mailed to USCA. (Attachments: # 1 Affidavit)(Blue, A.) (Entered: 01/12/2005) |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re:

PUBLISHERS CONSORTIUM, INC.,

          Debtor.

---

AMERICAN NATIONAL BANK &
TRUST COMPANY OF CHICAGO,

          Plaintiff/Appellee,

v.

COMMON COURAGE PRESS, INC., et al.,

          Defendants,

McBooks Press, Inc.,

          Defendant/Appellant.

**AFFIDAVIT OF SERVICE**

CIVIL NO. 03-CV-00002(AVC)

---

STATE OF NEW YORK )
COUNTY OF TOMPKINS ) ss.:

    Ruth Babbitt, being duly sworn, deposes and says: that she is over the age of 18 years; is not a party to this action, and is employed by the attorney for McBooks Press, Inc.; that on January 14, 2005, she did duly serve Appellant's Amended Designation of Items on Record on Appeal and Statement of Issue on following:

Louis J. Testa, Esq.
James Berman, Esq.
Zeisler and Zeisler
Attorneys for the Debtor
558 Clinton Avenue
Bridgeport, CT 06605

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith, PC
Attorneys for American National Bank
and Trust Company of Chicago
195 Church Street, 13th Floor
New Haven, CT 06510

Office of the U.S. Trustee
265 Church Street, Suite 1103
New Haven, CT 06510

Eric Henzy, Esq.
Reid and Reige, PC
Attorneys for the
    Defendant Creditors Committee
One State Street
Hartford, CT 06103

Myles H. Alderman, Jr., Esq.
Alderman & Alderman
Attorney for Park Avenue California
and Park Avenue Oklahoma
100 Pearl Street, 14th Floor
Hartford, CT 06103

Tracy Alan Saxe, Esq.
Edwin L. Doernberger, Esq.
Saxe, Doernberger & Vita, PC
Attorneys for various consignment
publishers
1952 Whitney Avenue
Hamden, CT 06517

Dean W. Baker, Esq.
Attorney for defendant
    Client Distribution Services, Inc.
205 Church Street, Suite 506
New Haven, Connecticut 06510

Christopher J. Major, Esq.
Robinson & Cole
Attorneys for Kogan Page, Ltd.
Financial Centre, 695 East Main Street
PO Box 10305
Stamford, CT 06904

all by placing true copies of same in sealed envelopes with postage pre-paid thereon and depositing said envelopes in an official depository of the United States Postal Service at Ithaca, New York.

                                                RUTH BABBITT

Sworn to before me this
14th day of January, 2005.

Notary Public

CAROLYN R. HOFFMANN
Notary Public, State of New York
No. 02HO6099490
Qualified In Tompkins County
My Commission Expires September 29, 2007

2