# DISTRICT OF CONNECTICUT HARTFORD
## NOTICE OF APPEAL COVER MEMO

DATE: January 12, 2005      TO:   Intake Clerk

                            FROM: Angela Blue (860) 240-3200

**CASE TITLE:** In Re: Publishers Consortium, Inc.

**DOCKET NO.:** 3:03cv2 AVC

**NOTICE OF APPEAL:** filed: January 7, 2005

**APPEAL FROM:**
- final judgment: ✓
- interlocutory: __
- other: and Memorandum and Order dated 12/9/04

**DOCKET SHEET:**
- Attorney, updated address & phone number for each party __Y__
- All parties are listed on Docket Sheet (Including Third Parties) __Y__
- All docket entries and dates are included __Y__

**FEE STATUS:** Paid ✓   Due ___   N/A ___

IFP revoked ___   Application Attached ___

IFP pending before district judge ___

**COUNSEL:** CJA ___   Retained ✓   Pro Se ___

**TIME STATUS:** Timely ✓   Out of Time ___

**MOTION FOR EXTENSION OF TIME:** Granted ___   Denied ___

**COA:** Granted ___   Denied ___

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: Stanley A. Harder      DATE: 01/18/05
DEPUTY CLERK, USCA

USCA No. _____.