District of Ct
(New Haven)

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

03-cv-2

---

In re Publishers Consortium, Inc.

05-318-bk (L); 05-0398-bk(XAP)
05-0070-bk (CON);
05-0397-bk (CON);
05-0409-bk (CON);
05-0513-bk (CON);
05-0515-bk (CON);
05-0520-bk(CON)
05-1816-bk (CON)



---

Whereas, the above-referenced appeals appear to be premature because claims are still pending in the bankruptcy court and/or district court, the undersigned counsel hereby stipulate that the above-referenced appeals are hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

This stipulation is without prejudice to the filing of timely, new notices of appeal from the entry of final judgment, or any other appealable order, entered by the district court.

The parties further stipulate that if this Court decides that the above-referenced appeals should have been taken at this time because the judgment or order that is the basis for the present appeals is in fact final and appealable and that a later appeal on the present issue is therefore untimely, the appellant may reinstate this appeal solely for this

reason by written notice to the Clerk of this Court within 30 days after this Court so
decides, *but not later than January 9th, 2006.*

Date: 6/15/05

BANK ONE, N.A., as successor-in-interest
by merger with AMERICAN NATIONAL
BANK AND TRUST COMPANY OF
CHICAGO

By: _____
Douglas S. Skalka (ct 00616)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510-2026
(203) 821-2000
Fax (203) 821-2009

Date:

PUBLISHERS CONSORTIUM, INC.

By: _____
Louis W. Testa
Zeisler & Zeisler, P.C.
P.O. Box 3186
558 Clinton Avenue
Bridgeport, CT  06605-0186
(203) 368-4234
Fax (203) 267-9678

Date:

McBOOKS PRESS, INC.

By: _____
Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
(607) 273-5787
Fax (607) 273-0291

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Frank J. Scardilli, Staff Counsel A.S.

7/8/05

2

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides.

Date:

BANK ONE, N.A., as successor-in-interest
by merger with AMERICAN NATIONAL
BANK AND TRUST COMPANY OF
CHICAGO


By: _____

  Douglas S. Skalka (ct 00616)
  Neubert, Pepe & Monteith, P.C.
  195 Church Street, 13th Floor
  New Haven, CT  06510-2026
  (203) 821-2000
  Fax (203) 821-2009




Date: _June 6, 2005_

PUBLISHERS CONSORTIUM, INC.


By: _____

  Louis W. Testa
  Zeisler & Zeisler, P.C.
  P.O. Box 3186
  558 Clinton Avenue
  Bridgeport, CT  06605-0186
  (203) 368-4234
  Fax (203) 267-9678




Date:

McBOOKS PRESS, INC.


By: _____

  Edward Y. Crossmore
  115 W. Green Street
  Ithaca, NY 14850
  (607) 273-5787
  Fax (607) 273-0291

reason by written notice to the Clerk of this Court within 30 days after this Court so decides.

Date: _____          BANK ONE, N.A., as successor-in-interest
                               by merger with AMERICAN NATIONAL
                               BANK AND TRUST COMPANY OF
                               CHICAGO


                               By: _____
                                   Douglas S. Skalka (ct 00616)
                                   Neubert, Pepe & Monteith, P.C.
                                   195 Church Street, 13th Floor
                                   New Haven, CT 06510-2026
                                   (203) 821-2000
                                   Fax (203) 821-2009



Date: _____          PUBLISHERS CONSORTIUM, INC.


                               By: _____
                                   Louis W. Testa
                                   Zeisler & Zeisler, P.C.
                                   P.O. Box 3186
                                   558 Clinton Avenue
                                   Bridgeport, CT 06605-0186
                                   (203) 368-4234
                                   Fax (203) 267-9678



Date: June 2, 2005          McBOOKS PRESS, INC.


                               By: _____
                                   Edward Y. Crossmore
                                   115 W. Green Street
                                   Ithaca, NY 14850
                                   (607) 273-5787
                                   Fax (607) 273-0291


2

Date: 6/13/05

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
PUBLISHER'S CONSORTIUM, INC.

By: _Eric Henzy_

Eric Henzy, Esq. (ct i 2 849)
Reid and Riege, P.C.
One State Street
Hartford, CT 06103
(860) 278-1150
Fax (860) 240-1002


Date:

COMMON COURAGE PRESS, CHILD
MGMT, INC., COMICS ONE CORP.,
DARK HORSE COMICS, INC., IMAGE
COMICS, INC., ODONIAN PRESS,
TERRACE PUBLISHING, BLACK
BOOKS, ARSENAL PULP PRESS and
NATIONAL JOURNAL


By: _____

Edwin L. Doernberger
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fax (203) 287-8847


**So Ordered,**


DATE:

_____

United States Court of Appeals
For the Second Circuit

3