UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

05-0318-bk (L); 05-0398-bk (XAP)
05-0070-bk (CON);
05-0397-bk (CON);
05-0409-bk (CON);
05-0513-bk (CON);
05-0515-bk (CON);
05-0520-bk (CON);
05-1816-bk (CON)

In re:

PUBLISHERS CONSORTIUM, INC.

## STIPULATION

WHEREAS, the above-referenced appeals appear to be premature because claims are still pending in the Bankruptcy Court and/or District Court, the undersigned counsel, hereby stipulate that the above-referenced appeals are hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

This stipulation is without prejudice to the filing of timely, new notices of appeal from the entry of a final judgment, or any other appealable order, entered by the District Court.

The parties further stipulate that this withdrawal is without prejudice to reinstatement of said appeals, or any one of them, by written notice to the Clerk of this Court within 30 days after this Court decides, but not later than November 30, 2006.

The parties further stipulate that if this Court decides that the above-referenced appeals should have been taken because the judgment or order that is the basis for the present appeals is in fact final and appealable and that a later appeal on the present issue is therefore untimely, the appellant may reinstate this appeal solely for this reason by written notice to the Clerk of this Court within 30 days after this Court so decides.

Dated: 5/12/06

DOUGLAS S. SKALKA, ESQ.
NEUBERT, PEPE & MONTEITH, PC
Attorney for JP Morgan Chase Bank

Dated: 5/23/06

LOUIS W. TESTA, ESQ.    James Berman
ZEISLER & ZEISLER
Attorney for the Debtor
    Publishers Consortium, Inc.

Dated: 5/30/06

EDWARD Y. CROSSMORE, ESQ.
THE CROSSMORE LAW OFFICE
Attorney for McBooks Press, Inc.

Dated: 5/11/06

EDWIN L. DOERNBERGER, ESQ.
SAXE, DOERNBERGER & VITA, P.C.
Attorney for the Consignment Publishers
Arsenal Pulp Press; Black Books, Inc.;
ComicsOne Corp.; Common Courage Press;
Dark Horse Comics, Inc.; Image Comics, Inc.;
National Journal Group, Inc.; ParentMagic, Inc.
(f/k/a Child Management, Inc.); Odonian Press/
Goldstein & Blair, LLC; Terrace Publishing

Dated: 5/30/06

EDWARD Y. CROSSMORE, ESQ. for ERIC HENZY, ESQ
REID & RIEGE, PC
Attorney for the
    Official Unsecured Creditors Committee

SO ORDERED.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

June 1, 2006

2