*District of Ct*
*(New Haven)*
*03-Cv-2*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

In re Publishers Consortium, Inc.          05-318-bk (L); 05-0398-bk(XAP)
                                           05-0070-bk (CON);
                                           05-0397-bk (CON);
                                           05-0409-bk (CON);
                                           05-0513-bk (CON);
                                           05-0515-bk (CON);
                                           05-0520-bk(CON)
                                           05-1816-bk (CON)



Whereas, the above-referenced appeals appear to be premature because claims are
still pending in the bankruptcy court and/or district court, the undersigned counsel hereby
stipulate that the above-referenced appeals are hereby withdrawn without costs and
without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate
Procedure.

This stipulation is without prejudice to the filing of timely, new notices of appeal
from the entry of final judgment, or any other appealable order, entered by the district
court.

The parties further stipulate that if this Court decides that the above-referenced
appeals should have been taken at this time because the judgment or order that is the
basis for the present appeals is in fact final and appealable and that a later appeal on the
present issue is therefore untimely, the appellant may reinstate this appeal solely for this

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides, but not later than January 9th, 2006.

Date: 6/15/05

BANK ONE, N.A., as successor-in-interest
by merger with AMERICAN NATIONAL
BANK AND TRUST COMPANY OF
CHICAGO

By: _____

Douglas S. Skalka (ct 00616)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510-2026
(203) 821-2000
Fax (203) 821-2009

Date:

PUBLISHERS CONSORTIUM, INC.

By: _____

Louis W. Testa
Zeisler & Zeisler, P.C.
P.O. Box 3186
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
Fax (203) 267-9678

Date:

McBOOKS PRESS, INC.

By: _____

Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
(607) 273-5787
Fax (607) 273-0291

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By Frank J. Scardilli
Frank J. Scardilli, Staff Counsel A.S.

7/8/05

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides.

Date:                             BANK ONE, N.A., as successor-in-interest
by merger with AMERICAN NATIONAL
BANK AND TRUST COMPANY OF
CHICAGO


By: _____
           Douglas S. Skalka (ct 00616)
           Neubert, Pepe & Monteith, P.C.
           195 Church Street, 13th Floor
           New Haven, CT  06510-2026
           (203) 821-2000
           Fax (203) 821-2009


Date: *June 6, 2005*          PUBLISHERS CONSORTIUM, INC.


By: _____
           Louis W. Testa
           Zeisler & Zeisler, P.C.
           P.O. Box 3186
           558 Clinton Avenue
           Bridgeport, CT  06605-0186
           (203) 368-4234
           Fax (203) 267-9678


Date:                             McBOOKS PRESS, INC.


By: _____
           Edward Y. Crossmore
           115 W. Green Street
           Ithaca, NY 14850
           (607) 273-5787
           Fax (607) 273-0291

Case 3:03-cv-00002-AVC    Document 30    Filed 07/12/2006    Page 4 of 5

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides.

Date:                                    BANK ONE, N.A., as successor-in-interest
                                         by merger with AMERICAN NATIONAL
                                         BANK AND TRUST COMPANY OF
                                         CHICAGO


                                         By: _____
                                             Douglas S. Skalka (ct 00616)
                                             Neubert, Pepe & Monteith, P.C.
                                             195 Church Street, 13th Floor
                                             New Haven, CT 06510-2026
                                             (203) 821-2000
                                             Fax (203) 821-2009




Date:                                    PUBLISHERS CONSORTIUM, INC.


                                         By: _____
                                             Louis W. Testa
                                             Zeisler & Zeisler, P.C.
                                             P.O. Box 3186
                                             558 Clinton Avenue
                                             Bridgeport, CT 06605-0186
                                             (203) 368-4234
                                             Fax (203) 267-9678



Date: June 2, 2005                       McBOOKS PRESS, INC.


                                         By: _____
                                             Edward Y. Crossmore
                                             115 W. Green Street
                                             Ithaca, NY 14850
                                             (607) 273-5787
                                             Fax (607) 273-0291



                                  2

Date: 6/13/05

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
PUBLISHER'S CONSORTIUM, INC.

By: _Eric Henzy_

Eric Henzy, Esq. (ct 2 849)
Reid and Riege, P.C.
One State Street
Hartford, CT 06103
(860) 278-1150
Fax (860) 240-1002


Date:

COMMON COURAGE PRESS, CHILD
MGMT, INC., COMICS ONE CORP.,
DARK HORSE COMICS, INC., IMAGE
COMICS, INC., ODONIAN PRESS,
TERRACE PUBLISHING, BLACK
BOOKS, ARSENAL PULP PRESS and
NATIONAL JOURNAL


By: _____

Edwin L. Doernberger
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fax (203) 287-8847


**So Ordered,**


DATE:

_____

United States Court of Appeals
For the Second Circuit


3