# MANDATE

### UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

District of Ct (New Haven)
03-cv-2

In re Publishers Consortium, Inc.

05-318-bk (L); 05-0398-bk(XAP)
05-0070-bk (CON);
05-0397-bk (CON);
05-0409-bk (CON);
05-0513-bk (CON);
05-0515-bk (CON);
05-0520-bk(CON)
05-1816-bk (CON)



UNITED STATES COURT OF APPEALS
FILED
JUL 8 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

Whereas, the above-referenced appeals appear to be premature because claims are still pending in the bankruptcy court and/or district court, the undersigned counsel hereby stipulate that the above-referenced appeals are hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

This stipulation is without prejudice to the filing of timely, new notices of appeal from the entry of final judgment, or any other appealable order, entered by the district court.

The parties further stipulate that if this Court decides that the above-referenced appeals should have been taken at this time because the judgment or order that is the basis for the present appeals is in fact final and appealable and that a later appeal on the present issue is therefore untimely, the appellant may reinstate this appeal solely for this

CERTIFIED:

OCT - 3 2006

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides, *but not later than January 9th, 2006.*

Date: 6/15/05

BANK ONE, N.A., as successor-in-interest
by merger with AMERICAN NATIONAL
BANK AND TRUST COMPANY OF
CHICAGO

By: _____
Douglas S. Skalka (ct 00616)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510-2026
(203) 821-2000
Fax (203) 821-2009


Date:

PUBLISHERS CONSORTIUM, INC.


By: _____
Louis W. Testa
Zeisler & Zeisler, P.C.
P.O. Box 3186
558 Clinton Avenue
Bridgeport, CT  06605-0186
(203) 368-4234
Fax (203) 267-9678


Date:

McBOOKS PRESS, INC.


By: _____
Edward Y. Crossmore
115 W. Green Street
Ithaca, NY 14850
(607) 273-5787
Fax (607) 273-0291

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Frank J. Scardilli, Staff Counsel / 4.5.

7/8/05

A TRUE COPY
Roseann B. MacKechnie, CLERK

by  J.D.H
    DEPUTY CLERK

2

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides.

Date:                            BANK ONE, N.A., as successor-in-interest
by merger with AMERICAN NATIONAL
BANK AND TRUST COMPANY OF
CHICAGO

By: _____
           Douglas S. Skalka (ct 00616)
           Neubert, Pepe & Monteith, P.C.
           195 Church Street, 13th Floor
           New Haven, CT  06510-2026
           (203) 821-2000
           Fax (203) 821-2009

Date: *June 6, 2005*           PUBLISHERS CONSORTIUM, INC.

By: _____
           Louis W. Testa
           Zeisler & Zeisler, P.C.
           P.O. Box 3186
           558 Clinton Avenue
           Bridgeport, CT  06605-0186
           (203) 368-4234
           Fax (203) 267-9678

Date:                            McBOOKS PRESS, INC.

By: _____
           Edward Y. Crossmore
           115 W. Green Street
           Ithaca, NY 14850
           (607) 273-5787
           Fax (607) 273-0291

Case 3:03-cv-00002-AVC    Document 31    Filed 10/16/2006    Page 4 of 5

reason by written notice to the Clerk of this Court within 30 days after this Court so

decides.

Date:                                   BANK ONE, N.A., as successor-in-interest
                                        by merger with AMERICAN NATIONAL
                                        BANK AND TRUST COMPANY OF
                                        CHICAGO


                                        By: _____
                                            Douglas S. Skalka (ct 00616)
                                            Neubert, Pepe & Monteith, P.C.
                                            195 Church Street, 13th Floor
                                            New Haven, CT 06510-2026
                                            (203) 821-2000
                                            Fax (203) 821-2009



Date:                                   PUBLISHERS CONSORTIUM, INC.


                                        By: _____
                                            Louis W. Testa
                                            Zeisler & Zeisler, P.C.
                                            P.O. Box 3186
                                            558 Clinton Avenue
                                            Bridgeport, CT 06605-0186
                                            (203) 368-4234
                                            Fax (203) 267-9678


Date: June 2, 2005                      McBOOKS PRESS, INC.


                                        By: _____
                                            Edward Y. Crossmore
                                            115 W. Green Street
                                            Ithaca, NY 14850
                                            (607) 273-5787
                                            Fax (607) 273-0291


                                        2

Date: 6/13/05

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
PUBLISHER'S CONSORTIUM, INC.

By: _E_ _i_ _H_____

Eric Henzy, Esq. (ct 12849)
Reid and Riege, P.C.
One State Street
Hartford, CT 06103
(860) 278-1150
Fax (860) 240-1002

Date:

COMMON COURAGE PRESS, CHILD
MGMT, INC., COMICS ONE CORP.,
DARK HORSE COMICS, INC., IMAGE
COMICS, INC., ODONIAN PRESS,
TERRACE PUBLISHING, BLACK
BOOKS, ARSENAL PULP PRESS and
NATIONAL JOURNAL

By: _____

Edwin L. Doernberger
Saxe Doernberger & Vita
1952 Whitney Avenue
Hamden, CT 06517
(203) 287-8890
Fax (203) 287-8847

So Ordered,

_____

United States Court of Appeals
For the Second Circuit

DATE:

3