UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

05-0318-bk (L); 05-0398-bk (XAP)
05-0070-bk (CON);
05-0397-bk (CON);
In re:                                              05-0409-bk (CON);
                                                    05-0513-bk (CON);
PUBLISHERS CONSORTIUM, INC.                         05-0515-bk (CON);
                                                    05-0520-bk (CON);
                                                    05-1448-bk (CON)
                                                    05-1816-bk (CON)

*UNITED STATES COURT OF APPEALS
FILED
MAY 24 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT*

## STIPULATION

WHEREAS, the above-referenced appeals appear to be premature because claims are still

pending in the District Court, the undersigned counsel, hereby stipulate that the above-referenced

appeals are hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of

the Federal Rules of Appellate Procedure.

This stipulation is without prejudice to the filing of timely, new notices of appeal from the

entry of a final judgment, or any other appealable order, entered by the District Court.

The parties further stipulate that this withdrawal is without prejudice to reinstatement of said

appeals, or any one of them, by written notice to the Clerk of this Court within 30 days after this

Court decides, but not later than November 30, 2007.

The parties further stipulate that if this Court decides that the above-referenced appeals

should have been taken because the judgment or order that is the basis for the present appeals is in

fact final and appealable and that a later appeal on the present issue is therefore untimely, the

appellant may reinstate this appeal solely for this reason by written notice to the Clerk of this Court

within 30 days after this Court so decides.

Dated: May 14, 2007



DOUGLAS S. SKALKA, ESQ.
NEUBERT, PEPE & MONTEITH, PC
Attorney for J.P. Morgan Chase Bank
as successor to Bank One
by Edward Y. Crossmore, Esq., on consent

Dated: May 14, 2007

JAMES BERMAN, ESQ.
ZEISLER & ZEISLER
Attorney for the Debtor
        Publishers Consortium, Inc.
by Edward Y. Crossmore, Esq., on consent

Dated: May 14, 2007

EDWARD Y. CROSSMORE, ESQ.
THE CROSSMORE LAW OFFICE
Attorney for McBooks Press, Inc.

Dated: May 14, 2007

EDWIN L. DOERNBERGER, ESQ.
SAXE, DOERNBERGER & VITA, P.C.
Attorney for the Consignment Publishers
Arsenal Pulp Press; Black Books, Inc.;
ComicsOne Corp.; Common Courage Press;
Dark Horse Comics, Inc.; Image Comics, Inc.;
National Journal Group, Inc.; ParentMagic, Inc.
(f/k/a Child Management, Inc.); Odonian Press/
Goldstein & Blair, LLC; Terrace Publishing
by Edward Y. Crossmore, Esq., on consent

Dated: May 14, 2007

ERIC HENZY, ESQ.
REID & RIEGE, PC
Attorney for the
        Official Unsecured Creditors Committee
by Edward Y. Crossmore, Esq., on consent

SO ORDERED

FOR THE COURT
Thomas Asreen, Acting Clerk
By
Stanley A. Bass, Staff Counsel

May 24, 2007

2